No. 31,372

THE KAW VALLEY STATE BANK v. C. G. CHUMOS.

(28 P. 2d 744.)

MEMORANDUM

In a petition for modification of the judgment it is shown for the first time that the sheriff paid the taxes on the real estate sold, in the sum of $664.71, out of the proceeds of sale. This fact does not affect the inequity of the sale, and the judgment directing that the sale be set aside is adhered to. Since, however, plaintiff has paid defendant's taxes, the district court, on application, is authorized to award plaintiff a supplemental lien for the amount of the taxes.